STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DANIEL HOWARD, DEFENDANT-APPELLANT.

Submitted June 1, 1953—Decided June 8, 1953.

*Mr. Daniel Howard, in propria persona.*

*Mr. William R. Smith,* County Prosecutor, for the respondent.

PER CURIAM. The appeal is dismissed for want of jurisdiction in this court, the judgment appealed from having been entered in the court below on October 10, 1950.

However, we have considered the merits of the points argued by the appellant and find them to be utterly without substance.

The appeal is dismissed.

*For dismissal*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.